183

HOLDERMAN, J.

(No. 5841—)

THE SALVATION ARMY, AN ILLINOIS CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

KENNEDY, GOLAN, MORRIS, SPRANGLER AND GREENBERG, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5843—)

MONTERREY CONVALESCENT HOME, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 27, 1971.*

MONTERREY CONVALESCENT HOME, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; BRUCE J. FINNE, Assistant Attorney General, for Respondent.

HOLDERMAN, J.